PAYNE & FEARS LLP
ATTORNEYS AT LAW
235 PINE STREET, SUITE 1175
SAN FRANCISCO, CALIFORNIA 94104
(415) 738-6850

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JAMES VANWINKLE,<br><br>    Plaintiff,<br><br>v.<br><br>MEDEANALYTICS, INC.; DOES 1-20, inclusive,<br><br>    Defendant. | Case No. 4:19-cv-02456-HSG<br><br>**Hon. Haywood S. Gilliam, Jr.**<br><br>**ORDER GRANTING THE JOINT STIPULATION TO WITHDRAW PENDING MOTIONS AND AGREED MOTION TO STAY CASE PENDING BINDING ARBITRATION**<br><br>Action Filed:    April 3, 2019<br>Trial Date:       Not Set |

Case No. 4:19-cv-02456-HSG

**ORDER GRANTING THE JOINT STIPULATION TO WITHRDRAW PENDING MOTIONS AND AGREED MOTION TO STAY CASE PENDING BINDING ARBITRATION**

# ORDER

The Court, having read and considered the Joint Stipulation to Withdraw Pending Motions and Agreed Motion to Stay Case Pending Binding Arbitration, and for good cause appearing, **GRANTS** the Parties' Joint Stipulation and Agreed Motion and **ORDERS**:

All of Plaintiff James Van Winkle's claims against Defendant MedeAnalytics, Inc. are stayed pending the resolution of binding arbitration with the American Arbitration Association. Defendant's motion to compel arbitration, *see* Dkt. No. 8, and motion for sanctions, *see* Dkt. No. 19, are **DENIED AS MOOT**.

The parties are further **DIRECTED** to submit a joint report regarding the status of arbitration every 90 days from the date of this order until the arbitration concludes, and to jointly notify the Court within 48 hours of the conclusion of the arbitration proceedings. The clerk is directed to administratively close the case.

**IT IS SO ORDERED.**

DATED: October 15, 2019

_Haywood S. Gilliam Jr._
Hon. Haywood S. Gilliam, Jr.
Judge, United States District Court