Michael Freiman, Bar No. 280716
*mike@employlegal.com*
**FREIMAN & FREIMAN**
100 Wilshire Boulevard, Suite 700
Santa Monica, California 90401
Telephone: (310) 917-1022

Attorney for Plaintiff JAMES VANWINKLE

Leila Narvid, Bar No. 229402
*ln@paynefears.com*
Matthew C. Lewis, Bar No. 274758
*mcl@paynefears.com*
**PAYNE & FEARS LLP**
Attorneys at Law
235 Pine Street, Suite 1175
San Francisco, California 94104
Telephone: (415) 738-6850
Facsimile: (415) 738-6855

John D. Smart *(Admitted Pro Hac Vice)*
*JSmart@bellnunnally.com*
Brent D. Hockaday *(Admitted Pro Hac Vice)*
*BHockaday@bellnunnally.com*
**BELL NUNNALLY & MARTIN LLP**
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Telephone: (214) 740-1400
Facsimile: (214) 740-1499

Attorneys for Defendant MEDEANALYTICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JAMES VANWINKLE,<br><br>  Plaintiff,<br><br>  v.<br><br>MEDEANALYTICS, INC.; DOES 1-20, inclusive,<br><br>  Defendant. | Case No. 4:19-cv-02456-HSG<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:   Not Set |

1  WHEREAS, Plaintiff James Van Winkle ("Plaintiff") filed this action against Defendant
2  MedeAnalytics, Inc. ("Defendant") alleging various claims related to Plaintiff's employment with
3  Defendant;
4  WHEREAS, the Parties resolved their claims, by which Plaintiff releases all claims and
5  causes of action against Defendant, including the claims asserted by him in this Action.
6  THEREFORE, PLAINTIFF AND DEFENDANT HEREBY STIPULATE, by and through
7  their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1), to dismiss
8  the above-caption matter with prejudice.  This stipulation and dismissal completely terminates that
9  above-entitled action against all parties. Each party will bear its/his own attorneys' fees and costs.

DATED:  March 3, 2021        FREIMAN & FREIMAN

By:  */s/ Michael Freiman (with consent)*
     MICHAEL FREIMAN

Attorney for Plaintiff
JAMES VANWINKLE

DATED:  March 3, 2021        PAYNE & FEARS LLP
                             Attorneys at Law

By:  */s/ Matthew C. Lewis*
     LEILA NARVID
     MATTHEW C. LEWIS

PAYNE & FEARS LLP
ATTORNEYS AT LAW
235 PINE STREET, SUITE 1175
SAN FRANCISCO, CALIFORNIA 94104
(415) 738-6850

-2-   Case No. 4:19-cv-02456-HSG
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**ATTESTATION OF E-FILED SIGNATURE**

I, Matthew C. Lewis, am the ECF User whose ID and password are being used to file this Stipulation of Dismissal With Prejudice. In compliance with Civil Local Rule 5-1, I hereby attest that Michael Freiman, counsel for Plaintiff, has read and approved this Joint Stipulation of Dismissal With Prejudice, and consent to its filing in this action.

DATED: March 3, 2021

PAYNE & FEARS LLP

By: */s/ Matthew C. Lewis*
MATTHEW C. LEWIS

Attorneys for Defendant
MEDEANALYTICS, INC.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
235 PINE STREET, SUITE 1175
SAN FRANCISCO, CALIFORNIA 94104
(415) 738-6850

-3-   Case No. 4:19-cv-02456-HSG
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**ORDER**

Based on the Stipulation of the Parties, and good cause appearing therefor;

The release by Plaintiff of all claims and potential claims he has or may have against Defendant for alleged violation of Plaintiff's rights is hereby APPROVED; and

IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  3/8/2021

_____
Hon. Haywood S. Gilliam, Jr.
Judge, United States District Court